IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alvelo, Jessica

Printed: 5/6/08

Case Number: 07 B 11940
Judge: Hollis, Pamela S
Filed: 7/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 24, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,223.05 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,157.01 |
| Trustee Fee: | | 66.04 |
| Other Funds: | | 0.00 |
| Totals: | 1,223.05 | 1,223.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 1,157.01 |
| 2. | Toyota Financial/Lexus Fin Sers | Secured | 11,260.97 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 108.32 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 47.09 | 0.00 |
| 5. | Capital One | Unsecured | 65.07 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 645.00 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 551.14 | 0.00 |
| 8. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 9. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Greater Chicago Finance | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | New Millennium Bank | Unsecured | | No Claim Filed |
| 14. | Sallie Mae | Unsecured | | No Claim Filed |
| 15. | State Collection Service | Unsecured | | No Claim Filed |
| 16. | State Collection Service | Unsecured | | No Claim Filed |
| 17. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 15,511.59 | $ 1,157.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 66.04 |
| | $ 66.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alvelo, Jessica | Case Number:  07 B 11940 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/6/08 | Filed:  7/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

